HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFERY L. GOODMAN,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | ) Case No. 2:26-cv-0075-JDP<br>)<br>)<br>) STIPULATION AND ~~PROPOSED~~<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a sixty-five (65) day extension of time until June 3, 2026, in which to e-file his Motion for Summary Judgment which is due on March 30, 2026. Defendant shall file any opposition, including cross-motion, on or before July 3, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

Dated:   March 24, 2026            */s/HARVEY P. SACKETT*
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   JEFFERY L. GOODMAN

Dated:   March 24, 2026            */s/MARGARET BRANICK-ABILLA*
                                   MARGARET BRANICK-ABILLA
                                   Special Assistant U.S. Attorney
                                   Social Security Administration
                                   [*As authorized by email 3/24/26]


IT IS SO ORDERED.


Dated:    March 27, 2026           _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER