ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
        Social Security Administration
        Program Litigation 1
        Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4818
        Email: asim.modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY L. GOODMAN,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No.  2:26-cv-0075-JDP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME<br>TO RESPOND TO PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT** |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended thirty (30) days from June 29, 2026, up to and including July 29, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Defendant requests this extension due to my workload at this time.  Over the next five weeks, I have merits briefing deadlines in two Social Security cases pending before the Ninth Circuit and two Social Security district court cases pending before the Northern District of Ohio.  I am currently preparing for an oral argument in a Social Security case before the Ninth Circuit, currently scheduled for

July 6, 2026.  In addition to my merits briefing responsibilities, I am responsible for performing detailed reviews of at least six separate answering briefs in Social Security cases before the Ninth Circuit.  I am also responsible for overseeing the substantive work of an attorney detailed to Program Litigation 1; this includes performing close reviews of the merits pleadings in district court cases pending before the Eastern District of Washington and the Northern District of Ohio.  Finally, I am responsible for negotiating and litigating EAJA and 406(b) petitions and responding to objections to findings and recommendations issued by district courts in Social Security cases.

This is the Defendant's first request for an extension, and this request is made in good faith and is not intended to unnecessarily delay these proceedings.

Respectfully submitted,

Date: *June 29, 2026*                    By:    */s/ Harvey P. Sackett*
                                                HARVEY P. SACKETT
                                                SACKETT AND ASSOCIATES
                                                Attorney for Plaintiff
                                                (*as authorized by email)

Date: *June 29, 2026*                           ERIC GRANT
                                                United States Attorney
                                                MATHEW W. PILE
                                                Head of Program Litigation 1

                                         By:    */s/ Asim H. Modi*
                                                ASIM H. MODI
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.


Dated:    June 29, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE